# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

CAMILLE HAMILTON, )
)
    Plaintiff, )
)
v. ) Case No. 18-2282-CM-GEB
)
HILLS PET NUTRITION, INC., et al., )
)
    Defendants. )
)

## ORDER

This matter is before the court on Defendants' Motion to Compel Arbitration and Stay Proceedings (**ECF No. 9**). Plaintiff filed the motion on September 18, 2018; however, no response to the motion was filed within the time required under D. Kan. Rule 6.1(d). Although the motion could be decided as uncontested and granted without further notice pursuant to D. Kan. Rule 7.4(b), District Judge Carlos Murguia issued an Order to Show Cause on October 12, 2018, ordering Plaintiff to show good cause in writing why she failed to respond (ECF No. 13).

Plaintiff timely responded to the Court's show cause order on October 19, 2018 (ECF No. 14). She indicates she has no opposition to referring this case to arbitration.

**IT IS THEREFORE ORDERED** that Defendants' Motion to Compel Arbitration and Stay Proceedings (**ECF No. 9**) is **GRANTED** as unopposed. This matter shall be stayed pending completion of arbitration proceedings; however, the parties must periodically keep the Court informed of the progress of arbitration. The parties shall file

a status report no later than **January 22, 2019** outlining the progress of arbitration, and in any event, shall promptly notify the Court when the process is concluded.

**IT IS SO ORDERED.**

Dated at Wichita, Kansas this 22nd day of October 2018.

/s Gwynne E. Birzer
GWYNNE E. BIRZER
United States Magistrate Judge